[L. A. No. 22470. In Bank. Mar. 1, 1954.]

LUBERCO, LTD. (a Corporation), Appellant, v. MAE ANN MILLS et al., Respondents.

John F. Bender and Gizella L. Allen for Appellant.

Solon S. Kipp and W. E. Starke for Respondents.

EDMONDS, J.—It has been stipulated by the parties that the record upon this appeal presents the same question of law as that brought to the court in *Harless* v. *Carter, ante,* p. 352 [267 P.2d 4]. For the reasons which have been stated in the decision of the Harless case, the judgment is affirmed.

Gibson, C. J., Carter, J., Traynor, J., Schauer, J., and Spence, J., concurred.